THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM A. YOUELL, Appellant.

Submitted October 11, 1943; decided October 14, 1943.

*William A. Youell,* in person, for motion.

No one opposed.

Motion denied on the ground that appellant's appeal has not been heard on the merits in the Appellate Division and that the order of that court refusing appellant permission to use typed papers there is not appealable.